USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
SEANA CROMITIE, ~~on behalf of herself and all others similarly situated,~~
,

                                        Plaintiff,

    -v.-

THE FRUITFUL YIELD, INC.

                                        Defendants.
-----------------------------------------------------------------------x

Civil Action No:
1:23-cv-7677

## JOINT STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 6, 2024

| For Plaintiff  Seana Cromitie | For Defendant The Fruitful Yield, Inc. |
|---|---|
| PeterPaul Shaker | Adam Ross Bialek |
| Stein Saks, PLLC | Wilson Elser Moskowitz Edelman & Dicker LLP |
| One University Plaza | 150 East 42nd Street |
| Hackensack, NJ 07601 | New York, NY 10017 |
| Ph: (201) 282-6500 | Ph: (212) 915-5143 |
| pshaker@steinsakslegal.com | Adam.bialek@wilsonelser.com |

1

|  |  |
|---|---|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on March 6, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ PeterPaul Shaker*
PeterPaul Shaker
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

Application GRANTED.

3/7/2024

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE